**Order entered April 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01388-CR

### MARCUS LEE HOLMQUIST, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law
Rockwall County, Texas
Trial Court Cause No. CR13-0496**

## ORDER

The Court **REINSTATES** this appeal.

On February 26, 2014, we ordered the trial court to prepare written findings of fact and conclusions of law on appellant's motion to suppress. On April 7, 2014, we received the supplemental record containing the trial court's findings of fact and conclusions of law.

Appellant's brief is due within **TWENTY-ONE DAYS** of the date of this order.

/s/    LANA MYERS
       JUSTICE